**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
CASE NO.: 25-CV-61610-MD

WILLIAM GILLIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PHIL SMITH MANAGEMENT, INC. d/b/a PHIL SMITH AUTOMOTIVE GROUP,

Defendant. /

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF CLASS NOTICE**

Plaintiff William Gillis ("Plaintiffs") respectfully move this Court for an order: (1) preliminarily certifying the Settlement Class,[1] appointing Plaintiff as Class Representative for the Settlement Class, and appointing Nicholas A. Colella and Gerald D. Wells, III of Lynch Carpenter, LLP as Settlement Class Counsel; (2) preliminarily approving the proposed Settlement as sufficiently fair, adequate, and reasonable to warrant the issuance of the Class Notice; (3) approving the proposed Notice Plan as meeting the requirements of Rule 23 and due process; and (4) granting any related relief as described herein. Defendant has reviewed this filing and does not oppose this motion. In support of his motion, Plaintiff states as follows:

[1] Capitalized terms not defined herein are as defined in the Settlement Agreement.

1. This matter is a putative class action (the "Litigation") arising from a Security Incident[2] whereby an unauthorized third-party gained access to Defendant's data environment on or about February 8, 2025, resulting in potential exfiltration of certain personal identifying information ("PII"). *See* S.A. at 2

2. In or around July 2025, Defendant sent notices of the Security Incident to approximately 13,145 Settlement Class Members informing them that their information may have been compromised in the Security Incident. Plaintiff William Gillis filed a class action complaint against Defendant on August 8, 2025.

3. On September 12, 2025, Plaintiff's and Defendant's counsel began to engage in confidential settlement communications subject to F.R.E. 408. The Parties eventually reached a settlement in principle on October 9, 2025, about which they notified the Court on October 16, 2025. ECF No. 16. Since that notice, the Parties have worked diligently on drafting, negotiating, and finalizing the Settlement Agreement and its exhibits.

4. The Settlement was reached after extensive, arm's-length negotiations and informal discovery that allowed both sides to evaluate the claims, class size, data impacted, and potential damages. Using this information, the Parties assessed the strengths and weaknesses of the case and engaged in substantial settlement discussions, ultimately agreeing on terms that resolve all claims arising from the Security Incident. Plaintiff and Class Counsel believe the Settlement is fair, reasonable, and adequate, and provides an excellent outcome for the Settlement Class.

---

[2] All capitalized terms used herein have the meaning assigned in the Settlement Agreement.

5. The Parties propose certification of a class for settlement purposes only, defined as follows:

> All Persons residing within the United States who were notified by Defendant that their Personal Information was potentially compromised in the Security Incident. The Settlement Class shall not include the judge to whom the Litigation is assigned and any member of the judge's staffs or immediate family members, and any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the criminal activity occurrence of the Security Incident or who pleads *nolo contendere* to any such charge. The Settlement Class shall also not include any Released Person.

6. The Settlement provides for a non-reversionary Settlement Fund of Three Hundred Seventy-Four Thousand Six Hundred Thirty-Two Dollars and Fifty Cents ($374,632.50), which shall be used to pay for (i) Approved Claims to Settlement Class Members as provided in Section IV.2; (ii) Costs of Settlement Administration including CAFA notices; (iii) any Service Award approved by the Court; and (iv) any Attorneys' Fees and Expenses Award approved by the Court. S.A. ¶ 1.41.

7. The Settlement allows Class Members to claim monetary compensation for either documented or undocumented harms from the Security Incident, provides an option for three years of credit monitoring, and requires Defendant to implement or maintain specified data security improvements.

8. Certification of the proposed Settlement Class is warranted under Fed. R. Civ. P. 23 because the proposed Class meets the requirements of numerosity, commonality, typicality, adequacy, predominance, and superiority.

9. Plaintiff requests appointment of William Gillis as Class Representative for the Settlement Class.

10. Plaintiff requests appointment of Gerald D. Wells, III and Nicholas A. Colella of Lynch Carpenter, LLP as Settlement Class Counsel for the Settlement Class.

11. Plaintiff requests approval of the proposed Setttlement on the grounds that it falls within the range of reasonableness and that approval of this Settlement will secure a monetary recovery for a significant number of individuals.

12. Plaintiff requests approval of the Parties' proposed Notice Program, which contemplates individual notice to each Settlement Class Member to the extent possible. The Parties' proposed Notice clearly informs Settlement Class Members of the terms of the settlement, their rights to submit claims, opt out, or object to the settlement, and the dates by which they must act. The Parties will also cause the creation of a settlement website and toll-free phone number providing Class Members with comprehensive information about the Settlement.

13. Plaintiff requests the approval of RG2 Claims Administration LLC as the Settlement Administrator to provide notice and administration services.

14. In further support of their Motion, Plaintiff refers the Court to their attached memorandum of law.

WHEREFORE, Plaintiff respectfully requests that the Court (1) preliminarily approve the proposed Settlement; (2) preliminarily approve the Settlement Class for Settlement purposes; (3) authorize the dissemination of notice to the Settlement Class Members; (4) appoint Nicholas A. Colella and Gerald D. Wells, III of Lynch Carpenter, LLP as Settlement Class Counsel; and (5) schedule a final approval hearing.

Dated: November 24, 2025

Respectfully Submitted,

*/s/ Nicholas Colella*

Nicholas Colella
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
nick@lcllp.com

Gerald D. Wells, III (*Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, Pennsylvania 19103
Telephone: (267) 609-6910
Facsimile: (267) 609-6955
jerry@lcllp.com

***Counsel for Plaintiff and the proposed Settlement Class***