**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
CASE NO.: 25-CV-61610-MD

WILLIAM GILLIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PHIL SMITH MANAGEMENT, INC.
d/b/a
PHIL SMITH AUTOMOTIVE GROUP,

Defendant. /

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff William Gillis, individually and on behalf of all others similarly situated, hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, for an Order granting final approval of the proposed Class Action Settlement Agreement and Release ("Settlement Agreement") between Plaintiff and Defendant Phil Smith Management, Inc. d/b/a Phil Smith Automotive Group, among other relief set forth in the proposed Final Approval Order. Defendant does not oppose the relief requested in this Motion.

In support of this Motion, Plaintiff relies upon the Declaration of Gerald D. Wells, III of Lynch Carpenter, LLP, the Declaration of Dana Boub of RG/2 Claims Administration LLC, and the accompanying Memorandum of Law filed herewith.

Plaintiff respectfully requests that the Court grant final approval of the Settlement, enter final judgment, and grant such other and further relief as may be just and appropriate.

Dated: April 14, 2026

Respectfully Submitted,

*/s/ Nicholas Colella*
Nicholas Colella
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
nick@lcllp.com

Gerald D. Wells, III (*Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, Pennsylvania 19103
Telephone: (267) 609-6910
Facsimile: (267) 609-6955
jerry@lcllp.com

***Counsel for Plaintiff and the proposed Settlement Class***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 14, 2026, I caused the foregoing Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement Agreement to be filed via ECF which caused service on all counsel of record.

*/s/ Nicholas Colella*
Nicholas Colella